FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ----, N.Y:
★ MAY 2 2008 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

BRIAN ESTERINE,

                Defendant.
------------------------------------------------------X

07 CR 258 (SJ)

MEMORANDUM
AND ORDER

A P P E A R A N C E S
UNITED STATES ATTORNEY
Benton J. Campbell
United States Attorney
225 Cadman Plaza East
Brooklyn, New York 11201
By:    Valerie Tocci, Esq.
Attorney for Plaintiff

FEDERAL DEFENDERS OF NEW YORK, INC.
16 Court Street – 3rd Floor
Brooklyn, NY 11241
By:    Michael D. Weil, Esq.
Attorney for Defendant

JOHNSON, Senior District Judge:

        Presently before the Court, is a letter request petitioning the Court to direct the Probation Department to release to defense counsel, any documents or information it has obtained about defendant Brian Esterine's ("Defendant") criminal record. Specifically, defense counsel requires additional information about Defendant's prior convictions, which are discussed in the pre-sentencing report, in order to adequately prepare for Defendant's sentencing.

1

Therefore, this Court orders the Probation Department to release to defense counsel, any documents or information it has obtained about Defendant Esterine's criminal record.

SO ORDERED.

Dated: April 30 , 2008
Brooklyn, NY

/s/(SJ)

Senior United States District Judge